**FILED**

July 23 2015

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 14-0356

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 14-0356

_____

JUDICIAL STANDARDS COMMISSION RULES                    O R D E R

_____

Pursuant to Article VII, Section 11 of the Montana Constitution, § 3-1-1105(2), MCA, authorizes, the Judicial Standards Commission to make rules for the conduct of its affairs consistent with Title 3, chapter 1, part 11, MCA. In January of 2015, on behalf of the Commission, we made available for public comment revised Judicial Standards Commission Rules as proposed by the Commission. No comments were filed during the comment period. Following additional review, the Commission made several non-substantive corrections and clarifications, and now has submitted its final proposal to revise and clarify the rules. The process having concluded,

IT IS NOW ORDERED that the Clerk of this Court is directed to file the revised Rules as adopted by the Judicial Standards Commission. The Clerk is further directed to provide notice of the revised rules to the State Law Library for inclusion on the Commission's website; to Thomson Reuters; to LexisNexis; and to the State Bar of Montana, with the request that the State Bar provide notice of the new rules on its website and in the *Montana Lawyer*.

The Clerk shall provide a copy of this Order to the Chair of the Judicial Standards Commission.

DATED this 23rd day of July, 2015.

For the Court,

/S/ MIKE McGRATH